PROVIDED TO
HAMILTON CI
APR 05 2023
RECEIVED BY MP
FOR MAILING

Original Copy of 2.  MARCH 31, 2023

STATE OF: FLORIDA
COUNTY OF: HAMILTON

United States District Court
Middle District of Florida
Office of The Clerk
300 N. Hogan Street, Ste 9-150
Jacksonville, Florida
32202-4271

## SWORN AFFIDAVIT

Under The Penalties of Perjury I, Andre L. Sheffield, do hereby swear that the Following Statement is True and Made of my Own Free Will From my Own personal knowledge.

My Life is in Imminent Danger Under The Administration of Warden Paul Allen, and Colonel L. Corbin;

① On 3/28/23 And Inspector General Come to Hamilton C.I./Annex To interview myself. I was Threatend by The Security That if I Came out The Cell To Give And Interview I would be Assaulted And All my Property Taken As And Retaliation Tactic.

② Security of The A.M. Shift Advised Both The Warden And Colonel Had Given The Green light For This Assault ect. To Take Place.

③ Daily, When The Mail Carrier Approaches my Cell or pick up Out Going Legal, Privallege or Bulk Mail, Lt. J. Billard, Sgt. Agnew, C/O E. Harper, As A Combination, is Following Them applieing Pressure on Them To Obstruct Justice With the Mail In one Form or another.

(1 of 3)

④ AT Present, C/O E. Harper, and C/O Gary J. Gabrielli, Has And injunction Pending in Suwannee County Courthouse, et. al., Hamilton Annex Administration.

⑤ ON MONDAY The Original Copy of Life in Danger Grievance Attached To Secretary F.D.O.C. Ricky Dixion WAS Handed Over To MAIL CARRIER M. Register, For MAILING VIA U.S. MAIL To 501 South Calhoun ST. Tallahassee, Fla With Postage. I Strongly doubt She Mailed Said out, As She Has personally Through MAIL AWAY for these Same Corrupt officials before.

⑥ ON 3/29/23 I CAME OUT My Cell For A Shave, The Officer ON Duty While I WAS SHAVING Brought the GANG member Out the Cell "Next door" to myself, And Placed Him A Foot and A Half "behind myself", Without my Notice Supported Via Fixed Wing Camera, When I Looked up From The Hair Cut He's Standing in my Face, When There WAS Plenty Area To be Standing To The Side of Myself ect., This Same officer ON 3/30/23 Had my Grievances Showing Them To Said Gang member in his Cell Window.

⑦ My Life is (in danger)! Unable To Give The Inspector General Said Statement do Unto Further Threats, if Said Injunctions requested don't Soon issue by Suwannee Circuit Court pending.

SEE: Petition(s), Letter To State Attorney and informal Grievance #215-2303-0205 attached.

## CERTIFICATE OF SERVICE

I, Andre L. Sheffield, #116194 Hereby Certify that a True and Correct Copy of This Sworn Affidavit Has been Furnished by U.S. Mail To: U.S. District Court, Middle District of Florida, 300 N. Hogan St. Ste 9-150 Jacksonville, Florida 32202-4271 On This 31st day of March 2023 Through Hamilton C.I. Mail Carrier ( ).

/S/ Andre Sheffer

Andre Sheffield
Andre Sheffield #116194
Hamilton Corr. Inst./Annex
10650 S.W. 46th Street
Jasper, Florida
32052

(3 oF 3)