UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE SHEFFIELD,

      Plaintiff,

v.    Case No. 3:23-cv-404-MMH-JBT

HAMILTON C.I./ANNEX,

      Defendant.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Andre Sheffield, an inmate of the Florida penal system, filed a pro se document titled "Sworn Affidavit" (Doc. 1) dated March 31, 2023. With his affidavit, Sheffield filed copies of documents he filed in state court (Docs. 1-1, 1-2), a letter he sent to the Office of the State Attorney in Live Oak, Florida (Doc. 1-3), and a grievance he filed at the prison (Doc. 1-4). Sheffield asserts his life is in danger. As explanation, he says he was to be interviewed by the Inspector General's Office on March 28, 2023, but "security" threatened to have him assaulted and his property taken if he "came out of [his] cell" for the interview. He further asserts officers have applied pressure on the mail carrier in an attempt to "obstruct justice with the mail," and an officer arranged for a gang member to intimidate him on March 29, 2023. In the documents he claims to have filed in state court in support of a petition for an injunction (Docs. 1-1,

1-2), Sheffield contends Officer Harper threatened to have him stabbed by a gang member, had orderlies serve him food with "unknown substances," which he believes are "poisonous chemicals," and authorized other officers to use violence against him.

The Court has advised Sheffield repeatedly[1] that it has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). Sheffield continuously refuses to use the forms that the Clerk has provided to him.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice and close the file.

3. The **Clerk** shall electronically send a copy of this Order and Sheffield's affidavit to the Inspector General and the Warden of Hamilton

---

[1] Sheffield is a frequent filer in this Court and has been advised **in more than 85 cases** over the years to use the proper forms. See Order (Doc. 2), No. 3:18-cv-953-J-32PDB (M.D. Fla. Aug. 8, 2018) (noting that Plaintiff "has been cautioned numerous times that he is not permitted to communicate with the Court by letter and must instead use the approved civil rights complaint form").

Correctional Institution for an investigation into his assertions, if deemed appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of April, 2023.

MARCIA MORALES HOWARD
United States District Judge

caw 4/10
c:
Andre Sheffield, #116194